# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

William C. Rowe, Jr.
Attorney at Law
5157 Bluebonnet Blvd
Baton Rouge LA 70809

Joseph S. Manning
Rowe Law Firm
5157 Bluebonnet Blvd
Baton Rouge LA 70809

Hon. Leo Boothe
Attorney at Law
4134 Dunbarton Road
Ferriday  LA  71334

Jeffrey Scott Wittenbrink
Rowe Law Firm
5157 Bluebonnet Blvd
Baton Rouge LA 70809

David C. Bolton
Rowe Law Firm
5157 Bluebonnet Blvd
Baton Rouge LA 70809

Mary Katherine Shoenfelt
Rowe Law Firm
5157 Bluebonnet Blvd
Baton Rouge LA 70809

Leighann N. Guilbeau
Rowe Law Firm
5157 Bluebonnet Blvd
Baton Rouge LA 70809

## REHEARING ACTION: July 13, 2016

**Docket Number: 15   00626-CW consolidated with 631-CW**

**D & D DRILLING & EXPLORATION,
INC.
VERSUS
XTO ENERGY, INC., ET AL.**

**Writ Application from Concordia Parish Case No. 49008**

**BEFORE JUDGES:**

> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **D & D Drilling & Exploration, Inc.** has this day been

> **DENIED.**

cc: Paula M. Wellons, Counsel for the Applicant
    Charles J. Duhe, Jr., Counsel for the Applicant
    Michelle Louise Maraist, Counsel for the Applicant
    Gerald Anthony Melchiode, Counsel for the Applicant
    James J. Reeves, II, Counsel for the Applicant
    Paul Matthew Jones, Counsel for  the Respondent
    Joseph I. Giarrusso, III, Counsel for  the Respondent
    Kathryn Z. Gonski, Counsel for  the Respondent
    Michael P. Cash, Counsel for  the Respondent
    Jaclyn E. Hickman, Counsel for  the Respondent
    Joe Barrelle Norman, Counsel for  the Respondent
    Barbara Bell Melton, Counsel for the Applicant
    Christie C. Wood, Counsel for the Applicant